

Lerner David Littenberg
Krumholz & Mentlik LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

Charles P. Kennedy
908.518.6307
ckennedy@lernerdavid.com

**Document Filed Electronically**

December 3, 2019

District Judge Kimba M. Wood, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  *Publicis Media Limited, et al. v. Moxie Software, Inc.*
Civil Action No. 18-cv-10385-KMW

Honorable Judge Wood:

We represent the Plaintiffs, Publicis Media Limited and Moxie Marketing Services LLC ("Publicis") in the above referenced matter.  In response to Publicis' complaint, Defendant Moxie Software, Inc. ("Moxie Software") filed a motion to dismiss. (Dkt. 21.)  In lieu of filing an opposition, Publicis is amending its Complaint as of right pursuant to Rule 15(a)(1)(B).  Publicis' amendment includes references to confidential information, including details of a Settlement Agreement between the parties.  We write pursuant to Rules 1A and 5 of Your Honor's Individual Rules and Practices to request permission for Publicis to redact certain paragraphs in the Amended Complaint. We have conferred with counsel for Moxie Software, who consent to this request to redact such portions and file the unredacted Amended Complaint under seal.

Granted.
KMW

By the Court's Order of November 11, 2019 (Dkt. 23), the Court has already allowed the Settlement Agreement to be filed under seal.  The within request is to make sure that the particular provisions of the Settlement Agreement referred in the Amended Complaint be similarly sealed.  At the time of filing, we will simultaneously serve unsealed versions of the documents on counsel for Moxie Software, and also would provide an unsealed version of the Amended Complaint to the Court.

12-4-19

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.

6143993_2.docx

 **LernerDavid**
INTELLECTUAL PROPERTY LAW

December 3, 2019
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiffs Publicis Media Limited
and Moxie Marketing Services LLC*

By:___s/Charles P. Kennedy_____

Charles P. Kennedy

6143993_2.docx