**Debevoise**
**& Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000



RECEIVED
OCT 0 1 2020
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/20

September 30, 2020

BY ECF

Honorable Judge Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Publicis Media Limited, et al v. Moxie Software, Inc.*
Civil Action No. 18-cv-10385-KMW

**MEMO ENDORSED**

Dear Judge Wood:

We represent Defendant Moxie Software, Inc. in the above referenced matter. We write on behalf of all parties to provide the Court with an update on the status of settlement discussions, per the Court's July 31, 2020 order (ECF No. 49).

Since our last update on July 30, the parties have had further discussions on a draft settlement. The parties respectfully request that the Court maintain the stay of proceedings entered on December 17, 2019, and propose that they provide a status update to the Court on October 30, 2020.  ] Granted. KMW

The Court has not set an initial conference, and thus this stay will not affect any Court scheduled date. We thank the Court for its continued consideration and courtesies.

Respectfully submitted,

/s/ Jared I. Kagan

Jared I. Kagan

10/8/20
SO ORDERED, N.Y., N.Y.
*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

www.debevoise.com