

Lerner David Littenberg
Krumholz & Mentlik LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

Charles P. Kennedy
908.518.6307
ckennedy@lernerdavid.com

**Document Filed Electronically**

October 30, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/20
```

District Judge Kimba M. Wood, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Publicis Media Limited, et al. v. Moxie Software, Inc.*
     Civil Action No. 18-cv-10385-KMW

Honorable Judge Wood:

**MEMO ENDORSED**

  We represent the Plaintiffs Publicis Media Limited and Moxie Marketing Services LLC in the above referenced matter.

  We write on behalf of all parties to provide the Court with an update on the status of settlement discussions, per the Court's October 8, 2020 Order (ECF No. 51). Since our last update on September 30, the parties have had further discussions on a draft settlement. The parties respectfully request that the Court maintain the stay of proceedings entered on December 17, 2019, and propose that they provide a status update to the Court on November 30, 2020. The Court has not set an initial conference, and thus this stay will not affect any Court scheduled date.

  We thank the Court for its attention to this matter.

11/4/20
SO ORDERED, N.Y., N.Y.
/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

Respectfully submitted,
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiffs Publicis Media Limited
and Moxie Marketing Services LLC*

By: s/Stephen F. Roth
   Stephen F. Roth

6615784_1.docx