| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: March 1, 2021 |

PUBLICIS MEDIA LIMITED, ET AL.

      Plaintiffs,

   v.

MOXIE SOFTWARE, INC.,

      Defendant.

---------------------------------------------------------------X

18-CV-10385 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court has been advised that the parties are finalizing their settlement agreement. (ECF No. 60.)  The above-captioned action is hereby dismissed and discontinued without costs. The dismissal is without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated.  Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
      March 1, 2021

                                                  /s/ Kimba M. Wood
                                                   KIMBA M. WOOD
                                             United States District Judge